MAE (KENNEY) McCROSSON, APPELLANT, v. CIVIL SER-
VICE COMMISSION OF THE STATE OF NEW JERSEY,
RESPONDENT.

Submitted May 25, 1934—Decided September 27, 1934.

For the appellant, *Osborne, Cornish & Scheck* (*Charles A. Malloy,* of counsel).

For the respondent, *David T. Wilentz,* attorney-general, and *Pierre P. Garven.*

PER CURIAM.

This case presents much the same kind of a record as that disclosed in *Naples* v. *Civil Service Commission of New Jersey,* 113 *N. J. L.* 426, and for the reasons expressed in the *per curiam* opinion filed in that case the judgment is affirmed.

*For reversal*—None.